# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACKSON HOLE BANK FRAUD LITIGATION TRUST, | Case No. 2:19-cv-01054-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| GARY BARNEY, et al., | |
| Defendants. | |

Presently before the court is defendants The Bank of Jackson Hole, The Estate of Robert Biolchini, Pete Lawton, David Perino, Gary Barney, Dennis O'Malley, John Smiley, Patricia E. Lane, and Charles Hingle's Joint Motion for Extension of Time (ECF No. 16), filed July 10, 2019. These defendants request an extension of time until August 12, 2019, to file their motions to dismiss the complaint. Plaintiff Jackson Hold Bank Fraud Litigation Trust opposes the motion.[1]

Also before the court is defendants' Joint Motion to Extend Time to Respond to Plaintiff's Motion to Amend Complaint to Comply with the Law and Withdrawal of Request for Dismissal (ECF No. 25). Defendants request until August 28, 2019, to respond to the trust's motion to amend.

Having read and considered the motions, and good cause appearing, the court will grant defendants' joint motions.

---

[1] Plaintiff is a trust that cannot represent itself. The court previously ordered plaintiff to retain an attorney by July 12, 2019. (Order (ECF No. 11).) Plaintiff has not complied with the order or requested an extension of time to do so. The court will issue a separate order to show cause regarding this matter.

IT IS THEREFORE ORDERED that defendants The Bank of Jackson Hole, The Estate of Robert Biolchini, Pete Lawton, David Perino, Gary Barney, Dennis O'Malley, John Smiley, Patricia E. Lane, and Charles Hingle's Joint Motion for Extension of Time (ECF No. 16) is GRANTED.  These defendants must answer or otherwise respond to the complaint by **August 12, 2019**.

IT IS FURTHER ORDERED that defendants' Joint Motion to Extend Time to Respond to Plaintiff's Motion to Amend Complaint to Comply with the Law and Withdrawal of Request for Dismissal (ECF No. 25) is GRANTED.  These defendants must respond to the trust's motion to amend complaint (ECF No. 20) by **August 28, 2019**.

DATED: July 24, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE