# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Richard Friedman,<br><br>     Plaintiff<br>v.<br><br>Bank of Jackson Hole, et al.,<br><br>     Defendant | Case No.: 2:19-cv-01054-JAD-DJA<br><br>**Order Granting Motion for<br>Extension of Time**<br><br>[ECF No. 89] |

Plaintiff moves for an additional 14 days to respond to the pending motion to dismiss because the motion contains "[a] significant number of complex legal issues." Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time **[ECF No. 89] is GRANTED. Plaintiff's deadline to respond to the motion to dismiss [ECF No. 79] is extended to October 21, 2019.**

Dated: October 9, 2019

_____
U.S. District Judge Jennifer A. Dorsey