# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD FRIEDMAN, | Case No. 2:19-cv-01054-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF JACKSON HOLE, et al., | |
| Defendants. | |

## I. BACKGROUND

This matter is before the Court on pro se Plaintiff Richard Friedman's Emergency Motion for Extension of Time (ECF No. 111), filed on November 26, 2019. No response was filed by any of the Defendants. Plaintiff requests additional time to serve the remaining six unserved Defendants as he was previously granted until December 8, 2019.[1] He would like an additional 60 days to complete service, up to and including February 7, 2020. Plaintiff indicates he expended time to request a waiver of service from all Defendants and one Defendant, Colleen Lane, appears to have taken steps to avoid service. (ECF No. 111, 3).

The Court finds good cause to grant the requested extension of time to effectuate service. Plaintiff appears to have been diligently proceeding to effectuate service and given the upcoming holidays, his request for additional time is warranted. Accordingly,

IT IS HEREBY ORDERED that Plaintiff Richard Friedman's Emergency Motion for Extension of Time (ECF No. 111) is **granted**.

///

---

[1] Plaintiff represents that five of the 11 Defendants have waived service.

IT IS FURTHER ORDERED that Plaintiff shall have until February 7, 2020 to effectuate service on the remaining unserved Defendants.

DATED: December 19, 2019.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE